No. 68354.—Rosenthal Block China Corp. *v.* United States, protests 60/9252 and 60/9910 (New York).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 CCPA 15, C.A.D. 458), the claim of the plaintiff was sustained.